| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

U.S. COMMODITY FUTURES TRADING   §
COMMISSION,   §
   §
   §
         Applicant,   §
versus   §   MISCELLANEOUS H-03-187
   §
   §
THE MCGRAW-HILL COMPANIES, INC.,   §
   §
         Respondent.   §

## Dismissal Order

On the government's motion, this case is dismissed with prejudice.(34)

Signed March __30__, 2006, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge